## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BRENDA GROVER,**

    **Plaintiff,**

**v.**

**INTERSTATE BAKERIES CORPORATION, et al.,**

    **Defendant.**                      **Case No. 05-cv-475-DRH**

### ORDER OF DISMISSAL

**HERNDON, District Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without prejudice, without costs, and with the right to reopen the action if settlement is not consummated within sixty (60) days. The dismissal will be with prejudice sixty (60) days after the date of this Order. The Court retains jurisdiction over this matter for the purposes of settlement enforcement.

**IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of this Order upon the attorneys of record for the parties appearing in this cause.

**IT IS SO ORDERED.**

Signed this 31st day of May, 2006.

                                                  /s/      David   RHerndon
                                                  **United States District Judge**