# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BRENDA GROVER,**

    **Plaintiff,**

    vs.                                  Cause No. 05-CV-475

**INTERSTATE BAKERIES CORPORATION,**
a corporation, and
**WAL-MART STORES, INC.,**
a corporation,

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.

                                              **NORBERT G. JAWORSKI, CLERK**

June 6, 2006                               By:   s/Patricia Brown
                                                           Deputy Clerk

APPROVED:/s/     David R Herndon
                **U.S. DISTRICT JUDGE**